PROB 12C
(6/16)

Report Date: July 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Edwin Foote          Case Number: 0980 2:17CR00235-RLP-1

Address of Offender: ███████████████, Spokane, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 20, 2021

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) |
| Original Sentence: | Prison - 68 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office    Date Supervision Commenced: May 31, 2023 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: May 30, 2028 |

## PETITIONING THE COURT

To issue a summons.

On May 31, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Foote as outlined in the judgment and sentence. Mr. Foote acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Foote allegedly violated the above stated condition of supervision by using illicit controlled substances, specifically spice, a synthetic cannabinoid, several times weekly between May 1 and June 12, 2025. |
| | On June 17, 2025, Mr. Foote disclosed he relapsed when the undersigned officer questioned him about his sobriety. Additionally, Mr. Foote signed an admission form confirming his recent use of controlled substances between May 1, and June 12, 2025. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Foote, James Edwin
July 3, 2025
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 3, 2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/3/2025
Date